FILED
October 13, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____DT_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-21-CR- |
| | § | EP-21-CR-01663-FM |
| Plaintiff, | § | |
| | § | S E A L E D |
| | § | INDICTMENT |
| v. | § | |
| | § | CT 1: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) - |
| KENNETH W. POOR, JR., | § | False Statement to Firearms Dealer; |
| | § | |
| Defendant. | § | CT 2: 18 U.S.C. §§ 922(g)(9) & 924(a)(2) - |
| | § | Possession of a Firearm by a Prohibited |
| | § | Person (Misdemeanor Crime of Domestic |
| | § | Violence); |
| | § | |
| | § | CT 3: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) - |
| | § | False Statement to Firearms Dealer. |

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. §§922(a)(6) and 924(a)(2))

On or about the June 26, 2021, within the Western District of Texas, the Defendant,

**KENNETH W. POOR, JR.,**

in connection with the acquisition of a firearm, to wit, a Blue line, Model POD18SB 12 gauge shotgun, bearing serial number BLS00005587, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the said licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he had never been convicted in any court of a

misdemeanor crime of domestic violence, whereas in truth and in fact, he has; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
(18 U.S.C. §§922(g)(9) and 924(a)(2))

On or about the July 3, 2021, within the Western District of Texas, the Defendant,

**KENNETH W. POOR, JR.,**

knowingly possessed a firearm that had been shipped or transported in interstate commerce, that then being an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Blue line, Model POD18SB 12 gauge shotgun, bearing serial number BLS00005587. The defendant had been convicted of a misdemeanor crime of domestic violence, to wit: Assault Causes Bodily Injury Family Member, Texas Penal Code 22.01, El Paso County Criminal Court 1, Cause No. 20130C12720, against E.S. At the time he possessed the firearm the defendant knew that he had been convicted of this misdemeanor in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT THREE
(18 U.S.C. §§922(a)(6) and 924(a)(2))

On or about the August 10, 2021, within the Western District of Texas, the Defendant,

**KENNETH W. POOR, JR.,**

in connection with the attempted acquisition of a firearm, to wit, a Blue line, Model POD18SB 12 gauge shotgun, bearing serial number BLS00007423, from said licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive said dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of

truth and in fact, he has; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

███████████████████
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney